**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.16-81030-CV-MIDDLEBROOKS/WHITE

LARRY D. AUSTIN, Jr.,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND**
**DENYING MOTION TO VACATE SENTENCE UNDER § 2255**

THIS CAUSE comes before the Court on the Report and Recommendation ("Report") issued by Magistrate Judge Patrick A. White on August 15, 2018 (DE 32). The United States filed Objections to the Report on August 29, 2018 (DE 38), and thereafter Judge White issued a Supplemental Report and Recommendation on September 6, 2018 ("Supplemental Report") (DE 40). Movant Larry D. Austin, Jr. filed Objections on October 1, 2018 (DE 41) and on October 10, 2018 (DE 42). The United States responded to Movant's Objections on October 15, 2018 (DE 43).

Larry D. Austin, Jr. filed a *pro se* Motion to Vacate under 28 U.S.C. §2255 (DE 1), and a counseled supplement to the Motion on September 12, 2018 (DE 8), seeking relief under *Johnson v. United States,* 135 S. Ct. 251 (2015). The Report recommends denying Movant's Motion to Vacate and recommends that a certificate of appealability not be issued. Upon careful *de novo* review of the record as a whole, the submissions of the Parties, and applicable law, I agree with the reasoning and conclusions reached by Judge White in his Reports.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge White's Report (DE 32) is **ADOPTED** as amended by the Supplemental Report (DE 40), which is also **ADOPTED**.

(2) Larry D. Austin, Jr.'s Objections to the Reports (DE 41, DE 42) are **OVERRULED** for the reasons set forth in the Government's Response (DE 43). Moreover, Movant's request for the appointment of another attorney to represent him in this proceeding is denied.

(3) The United States' Objections (DE 38) to the original Report (DE 32) are **SUSTAINED.**

(4) Larry D. Austin, Jr.'s Motion to Vacate under 28 U.S.C. §2255 is **DENIED.**

(5) No certificate of appealability shall issue.

(6) The Clerk of the Court is directed to **CLOSE THIS CASE.**

(7) All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 31st day of October, 2018.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record

Larry D Austin, Jr., PRO SE
#97724-004
Coleman II-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1034
Coleman, FL 33521